UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

**JACKSONVILLE YACHT SALES,**
A Florida corporation,

    Plaintiff,

v.                                                         Case No.: 3:08-cv-201-J-16MCR

**RICHARD MAWKER,** *in personam*
**and the M/Y "MY SANITY,"** *in rem*,

    Defendants.
_____/

## **ORDER**

Pending before the Court is Defendant's Verified Motion for Attorney Fees and Costs (Dkt. 18) (the "Fee Motion"). The history of this case has been well documented in previous filings and will not be repeated in detail here, except for the brief overview that follows. Plaintiff had Defendant's vessel, the "MY SANITY" arrested, yet later conceded that the vessel's arrest was wrongful under maritime law and should be vacated. (Dkt.16). The Court vacated the vessel's arrest and ordered the parties to submit any documents for attorney's fees. Defendants submitted documents as ordered. (Dkts. 18 and 19). Plaintiff failed to submit any documents despite an Order from the Court to do so. (Dkt. 20). In that same Order (Dkt. 20), the Court informed Plaintiff that failure to respond would mean that the Fee Motion would be considered unopposed.[1]

---

[1] When acknowledging that the arrest of the "MY SANITY" was wrongful, Plaintiff asked the Court to deny attorney's fees in light of its concession. In addition, Plaintiff informed the Court that in its capacity as substitute custodian for the "MY SANITY," it had been storing and securing the "MY SANITY"at its sole expense. (Dkt. 16 at pp. 16-17).

1

Defendants request attorney fees and costs in the amount of $5,120.00. (Dkt. 18, Ex. A). In support of the Fee Motion, Defendants filed the Affidavit of Michael R. Karcher . (Dkt. 18, Ex. B). Mr. Karcher informs the Court that the attorney fees requested are appropriate for this type of work and that the billing rate requested is also appropriate. Defendants' attorneys inform the Court that the attorney fees requested represent 22.3 hours billed at the rate of $200.00 per hour.

By the Court's calculations, 22.3 hours billed at $200.00 per hour amounts to attorney fees of $4,460.00, not the $5.120.00 requested. In order to be entitled to $5,120.00 in attorney fees, the attorneys would have had to bill 25.6 hours of work at the rate of $200.00 per hour. Incidentally, 25.6 hours is the number of hours the attorneys documented as actually billed for this case. See Dkt. 18, Exhibit A. While the attorneys filed a "Notice of Filing Corrected Affidavit of Fees" (Dkt. 19), they again request $5,120.00 in fees for 22.3 hours of work. Therefore, the Court will award Defendants attorney fees in the amount of $4,460.00. The $4,460.00 is appropriate in light of Mr. Karcher's affidavit and Defendants' attorneys repeated affirmation that they worked a total of 22.3 hours on this case. None of the documents provided, "corrected" or otherwise, request reimbursement for costs associated with this action. Thus, the Court cannot grant Defendants any relief for costs, as Defendants failed to provide the Court with either a formal request for costs or documentation in support thereof.

The Court understands that Plaintiff incurred costs storing the "MY SANITY." However, Plaintiff had ample opportunity to settle this matter before it became a "federal case" and was also provided with the opportunity to contest the Fee Motion. Thus, the Plaintiff cannot now be heard to complain that it must pay attorney fees when it failed to avail itself of these opportunities. The attorney fees requested are not excessive and are appropriate in light of well-settled maritime law.

Accordingly, it is **ORDERED** that the Fee Motion (Dkt. 18) is **GRANTED in PART** and **DENIED in PART.** That is, attorney fees shall be awarded at the reduced amount of $4,460.00 calculated by the Court. Plaintiff shall pay Defendants $4,460.00 in attorney fees within ten (10) days of this Order. No costs or other relief are awarded. The Clerk of the Court is directed to **CLOSE** this case.

**DONE and ORDERED** from Chambers on this 17th day of July 2008.

JOHN H. MOORE II
United States District Judge

Copies to: Counsel of Record